IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08MJ4-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KIMBERLY KRONE (2),<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the Government's "Motion to Abate Prosecution and Dismiss Complaint Due to Death" (document #5), filed January 30, 2009. For the reasons stated therein, the Motion is **GRANTED**, that is, the charges against Kimberly Krone are hereby **DISMISSED**.

**SO ORDERED**.

Signed: February 2, 2009

Carl Horn, III
United States Magistrate Judge